**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS CHARLES SCHULTZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 15-01062 JVS (AFM)<br><br>**ORDER TO SHOW CAUSE** |

By Order filed June 29, 2015, defendant was ordered to serve and file a responsive pleading to the Complaint within 120 days from the date of service. Plaintiff has filed a proof of service of the summons and complaint indicating that service was effected on June 3, 2015 in compliance with Rule 4(i) of the Federal Rules of Civil Procedure. The docket shows that, as of the date of this Order, defendant has not filed her answer to the Complaint or filed the certified administrative record.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, defendant shall show cause in writing why default should not entered in

favor of the plaintiff. The filing of defendant's Answer and certified administrative record within 20 days shall discharge this order to show cause.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the attorneys for all parties appearing in this action.

DATED: October 9, 2015

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE