UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHARLES SCHULTZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 15-01062 JVS (AFM)<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Amended Case Management Order filed on June 29, 2015, plaintiff was advised of the schedule and procedure for determination of his case. (ECF No. 9; Section V.) On October 15, 2015, defendant served and filed her Answer and a copy of the Certified Administrative Record. Plaintiff's Motion for Judgment on the Pleadings ("Motion") was due 35 days after the filing of the Answer. The docket shows that, as late as the date of this Order, plaintiff has not filed his Motion.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, plaintiff shall show cause in writing why this case should not be

dismissed for failure to prosecute. The filing of plaintiff's Motion within 20 days shall discharge the order to show cause.

    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on all parties appearing in this action.

DATED: 12/4/2015

_____
    ALEXANDER F. MacKINNON
  UNITED STATES MAGISTRATE JUDGE