# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHARLES SCHULTZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 15-1062 JVS (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting the Report and Recommendation of United States Magistrate Judge, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: February 23, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE